BURRIECI v. PELHAM OPERATING CO. (Supreme Court, Appellate Division, First Department. June 6, 1913.) Action by Josephus Burrieci against the Pelham Operating Compa-

ny. No opinion. Motion denied, without costs. Order filed.